Joseph Baumruk et al., appellants, v. The People of the State of Illinois, appellee. Gen. No. 31,306.

Louis Narowetz et al., appellees, v. Alfred Clover et al., appellants. Gen. No. 31,307.

Louis Narowetz et al., defendants in error, v. Public Life Insurance Company et al., plaintiffs in error. Gen. No. 31,622.

Bill for receiver without notice, for an injunction, and to declare a purported election of directors void. Decree for complainants. Appeal from and error to the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927.

Maximilian J. St. George, for appellants and plaintiffs in error.
Ben M. Smith and Don C. Wray, for appellees and defendants in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Alvin E. Nelson and Earle S. Nelson, trading as Nelson Brothers, appellants, v. E. E. Shierk, appellee. Gen. No. 31,310.

Trover for conversion by mortgagor of automobile. Judgment for defendant on set-off. Appeal from the Municipal Court of Chicago; the Hon. Harry F. Hamlin, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927.

A. J. Deutschman, for appellants. No appearance for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Martin Regalski, et al., appellees, v. Wladyslaw Adamkiewicz et al., appellants. Gen. No. 31,350.

Bill to remove cloud on title. Decree for complainants. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927. Rehearing denied June 25, 1927.

Ewart Harris, for appellants. Alden, Latham & Young, for appellees; Charles Martin, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Lillian G. Kolb, appellee, v. Halbert H. Porter et al., appellants. Gen. No. 31,422.

Petition for mandamus to compel issuance of garage building permit. Writ granted. Appeal from the Circuit Court of Cook county; the Hon. Harry F. Hamlin, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927.

Albert A. Kraft, for appellants. Theodore A. Kolb, for appellee.
Mr. Justice Thomson delivered the opinion of the court.

---

A. De Luca for use of Adam Prehler, appellee, v. Fort Dearborn Casualty Underwriters, appellant. Gen. No. 31,432.

Garnishment proceedings. Judgment against garnishee. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the third division of this court for the first